UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
(BATON ROUGE)

| | |
|---|---|
| DEMOND COOK | CIVIL ACTION |
| VERSUS | NO. 14-48 |
| N. BURL CAIN, WARDEN | SECTION "H"(2) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion For Stay of Proceedings (Record Doc. No. 3) filed by Demond Cook is **DENIED**.

**IT IS FURTHER ORDERED** Cook's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 21st day of April, 2014.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE