**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**


**DEMOND COOK**                          **CIVIL ACTION**

**VERSUS**                               **NO.   14-48**

**N. BURL CAIN, WARDEN**                 **SECTION "JTM"(JW)**

## O R D E R

The court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the petitioner's

objection thereto, hereby approves the Report and Recommendation of the United States

Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that the petition of Demond Cook for issuance of a writ of

habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH**

**PREJUDICE**.

New Orleans, Louisiana, this _____19th_____ day of _____June_____, 2017.

_____
UNITED STATES DISTRICT JUDGE